UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 15-04003-ODW(MRWx) CV 15-04600-ODW | Date | December 10, 2018 |
| Title | Kevin T. Knox v. Yingli Green Energy Holding Company Limited et al | | |

| | |
|---|---|
| Present: The Honorable | Otis D. Wright II, United States District Court |

| | |
|---|---|
| Sheila English | Terri Hourigan |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Jonathan R Horne | Michael Kibler |

**Proceedings:** MOTION for Settlement Approval [**129,137**]; MOTION for Attorney Fees[**138**]

Case called, appearances made. The Court confers with counsel re the fees as stated on the record. Counsel are ordered to prepare a judgment for final approval in word and submit the order to the chambers email address as soon as possible.

: 07

Initials of Preparer se